UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANN MARIE GIVENS,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | CASE NO. 3:15-CV-05199-DWC<br><br>ORDER GRANTING EXTENSION OF TIME AND AMENDING BRIEFING SCHEDULE |

This matter comes before the Court on Plaintiff's Motion to Amend the Scheduling Order. After reviewing the Motion, the supporting declaration which reflects Defendant's Counsel has no opposition, and otherwise being advised on the premises, it is hereby ORDERED the Scheduling Order is amended as follows:

- Plaintiff shall have up to and including July 21, 2015, to file an opening brief;
- Defendant shall have up to and including August 18, 2015, to file a responsive brief; and
- Plaintiff shall have up to and including September 2, 2015, to file a reply brief.

Dated this 6th day of July, 2015.

David W. Christel
United States Magistrate Judge

ORDER GRANTING EXTENSION OF TIME AND
AMENDING BRIEFING SCHEDULE - 1